**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:09CR00239-001 SWW

MELISA R. MCMORRIS

### ORDER

The above entitled cause came on for hearing on government's petition [doc #8] to revoke the probation previously granted this defendant in the United States District Court for the Southern District of Mississippi. Based upon the statements of defendant and the testimony of witnesses, the Court found that defendant has violated the conditions of her probation without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the probation previously granted this defendant, be, and it is hereby, *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *TWELVE (12) MONTHS & ONE (1) DAY* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at a facility as close to Arkansas as possible.

There will be *NO* supervised release to follow.

The balance of defendant's restitution in the amount of $20,806.33 is mandatory and is payable to Federal Emergency Management Agency during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to her. Following incarceration, if defendant is placed in community confinement placement, payments will be reduced to 10% of the defendant's gross monthly income. The interest

is waived pursuant to 18 U.S.C. § 3612.

The defendant is eligible to self-report and is ordered to report to the designated facility on ***Tuesday, January 17, 2012 by noon*** to begin the service of the sentence imposed.  Defendant to remain on present conditions of release pending report date.

IT IS SO ORDERED this 16th day of December 2011.

<u>/s/Susan Webber Wright</u>
United States District Judge